669 A.2d 882

**In re John Edward HASAY, District Justice
in and for Magisterial District 11–3–01.**

**Appeal of JUDICIAL CONDUCT BOARD.**

**No. 82 Middle District Appeal Docket 1995.**

Supreme Court of Pennsylvania.

Dec. 12, 1995.

## *ORDER*

PER CURIAM.

**AND NOW,** this **12th** day of **DECEMBER, 1995,** the appeal is quashed.